IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

JOSHUA KNIGHT,
   **Plaintiff,**

v.

JAMES SNOW, ROADSIDE
RESCUE and ROADSIDE RESCUE,
LLC,
   **Defendants.**

§
§
§
§
§
§
§
§
§
§
§

MO:24-CV-00052-DC

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Ronald C. Griffin (Doc. 45) concerning Plaintiff Joshua Knight's Motion for Default Judgment against Defendants James Snow and Roadside Rescue (Doc. 43). The Report and Recommendation was issued on January 13, 2026, pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. Since that time, objections have been filed. This Court therefore reviews the Report and Recommendation *de novo* for error. Finding none, this Court **ADOPTS** the Report and Recommendation and **DENIES** the Motion for Default Judgment.

It is so **ORDERED**.

SIGNED this 3rd day of February, 2026.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE