Joshua Knight
v
James Snow
      et al

24-CV-00052

**FILED**
April 27, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Kylee Mesquias_____
DEPUTY

U.S. District Court
West Texas

## Affidavit of Forced Labor

Plaintiff feels defense is still ignoring my primary intent of FORCED Labor, and RICO.

Sept 2021 - December 2021 I was in an insane amount of over working, where I could not go even a few hours without being sent on some errand by Independent Oilfield, the water was Non Potable, there was no ⊘ Smoke alarms or way to secure door.

Civil case 24-CV-00145 Alledges Forced Labor, and has been allowed to Default admitting those allegations
Nishimatsu 515 F2d at 1206

Logic thus says, James THEFT of $800/mo rent he IMPOSED a Fraudulent Contract to repay I Did not actually agree to is Not ONLY theft under State law but gaining benifits of forced labor 18 U.S.C. 1589(b), making it subject to RICO in TWO ways.

I was under extreme stress, had been isolated outside of a few months work and seeing Cathy a few times August (once) and November/December since covid shelter orders. (about 18 months)

During which I experienced repeated shut downs, talked over, and other tactics used by James to create emotional distancing, and reduce expectations. (Common Abuse tactic so that you become Grateful for bare minimum responses)

At same time Sept-Dec 2021 James was stealing ~$500 in foodstamps Id repeatedly told him to return and he repeatedly refused.

10£

And Im trying to deal with getting my Mental health medication Statened out.

I am an Introvert, and James constantly invaded my personal time, kept me awake, came in at 3am or later, etc.

New to area Im suffering cultural shock, loss of identity, feeling lost/disconnected.

At same time he somehow began to dominate my Job, the perception of my boss(es) despite being REPEATEDLY told to stop.

Burn out tends to be exponential, while recovery is linear. Going from being Trapped in my home, dealing with litigation that dealt with MILLIONS in damages, my Stepmoms health, etc.

And Jumping into what was ~70+ hour weeks in which I got little to No spare income as I was forced into a unilaterally imposed contract to fun James' Drinking Problem and Sexual Abuse of Anyone

When about 41% of my time is work, and I recieve NO rest; no benefit, dont go out, dont see Anyone

Where is my life balance, where is the Joy?

A Banker, who was teaching me Economics once said; The ENTIRE point of working, is to increase enjoyment of the time you Arent.

After that work ended, James capitalized on fact I had no funds and so could not even look for work.

During my FORCED LABOR I did not actually need to work for his FAILING business built on unsustainably concepts, poor management and instability in moving

2 of

Tarrant County Green Bay Law Library

repeatedly in less than 5 years and repeated failed efforts out misguided expansion.

I had a house stocked with food I would NOT eat, no way to travel/look for work otherwise.

James had created a sense of Debt by moving all bills into his name / his accounts without my request. Refused to give me my own food stamp Card.

Trauma Bonding, Stockholm Syndrom and Abusive Brain Washing are all similar in their efforts to over come a target victims will power and sense of self.

"...Many people who will Just never believe that one can be so totally controlled by one people that they dont even have to have them standing right there next to them any longer with a gun directly to their head"
Patty Hearst, Radical Stay of Patty Hearst CNN e:6, the verdict
(People v Abdul-Razeeg 77 NYS 3d at 845)

Any idiot, which largely describes James, can Just say things, ANYTHING.
He likely doesn't believe it himself, and knows how dumb it sounds. But, you must PROVE it to him, which takes research and providing him with his own prior statments, evidene hes wrong, PLUS a logical break down of WHY.
Its an exhausting time consuming process, And repeated assertions of the lie can ultimately over come a victim leading to
"Perspectivicide" the inability to know what you know and only being able to accept the abusers'

point of view.

So, January to August James DOMINATED my perception. My "Down time" was spent focused on case, and at therapy.
What little was left became me in some kind of zombie state where I cant remember what I watched on TV, or where I tried to offer support to Mary, Valerie etc.

In addition to false imprisonments listed, James TWICE drug me along while he jumped in with Midland Fire Dept and I had to sit in Truck. Another time, a family was having a Roadside memorial for lost family and James had to stop any say how he was on that Fire Fight, and give them a Challenge coin he bought off Amazon.
As former National Guard, I find his imposing on First Responder teams and using His Beard (which he didnt have prior 2017) preventing a mask seal as an excuse to hide his fear of entering a burning building, theft of Gilmer FD property and his MOCKERY of the Challenge coin tradition an insult, and personal Affront.

Being held, while Jobs waited was annoying, false imprisonment, and prevented his business from gaining a reputation for reliability or Dependablilty.

I REPEATEDLY asked for my owed wages, And James REPEATEDLY misrepresented there were no laws, seems to think a Verbal employment Contract makes me a "contractor" despite knowing the law I shared, or understanding my intended suit to Independant Oilfield.

4 of

Tarrant County Green Bay Law Library

As the D. States in Buras v State 05-22-00219-CR pg 1) James told everyone he was "helping" me, and he only took me in public to reduce suspicion OR to use fact women will Approach me to steal gain a new Target

To Survive dismissal I need only     1) severely underpaid 2) confined, Starved, Abuse, 3) objectionally harmful thugs
Mallela   2:19-cv-01654

Squalied, intolerable living conditions, isolation, threats or victims or others (including legal process)
Muchira 850 F 3d at 618-619
But not need be so dire, threats of ANY consequence sufficient under All surrounding circumstance to compel reasonable person provide service
Shukla v Shaw     07-CV-2972
Us hr Day; Limited food, Isolation, verbal/Physical Abuse, threats violence, calling authorities, No Pay
U.S. Bonai   55 F 4th   1245

• James created a feeling of Debt by putting everything of MINE in his name and STEALING my income and foodstamps so I could not move out from under him.
    That is Peonage
• He stole ~ $500/mo foodstamps reducing my nutrition, health, effecting my mental health, reducing my ability to offer resistance
• He made a thinly veiled veiled treat hed have Mac stop being my witness in my case as I demanded owed wages
• He isolated me from May, Valerie, Prevented me getting Gavan or Natalya' Contact, ruined my Date with Ashley,
• He was not paying me as agreed, and has intentionally

confused it I was "paying" $1,200 out of my checks OR it we Are "Even" for the Debt Sept - Dec (Because he wants credit on BOTH)

- He Jumbled up kitchen and Living room making them where you cant use them to entertain, eat, relax.
- He moved me from Fort Worth, JUST as I started building a Social Network.

- All thats needed is show a person might keep working -

There was a CONSTANT threat of violence and harm, as he has REPEATEDLY attacked people in front of me as well as other abuses, He MADE me too Poor to Quit, And retaliated by destroying my phone and relationships when I Did.

Robert Pendleton might be more careful about shaky such as, how unlikely it is Id work without pay for so long.

I didnt WANT to, I was unhappy. I repeatedly brought it up.

Jamie does what Jamie WANTS to do, and tends to quickly become Angry and hostile (Dr Semenow would call it "Fake Anger" in his Book) when his Power and Control is thretened.

Even IE you stop him, he Just REPEATEDLY does it until your tired, weak, Distracted or otherwise fail to correct him

Like all abusers, he tends to be over exhausted at "normal" hours, and impose HIS work on others, make others work/stress to Prove his Flippant lies/comments/claims etc.

Its classic Narcissta/Sociopathic Abuse, I plan to prove it, And that its something he ALWAYS does

Joshua Knecht 0687600
Smart Com - Dora-
PO Box 9107
Seminole FL 33775-9137

1503 NORTH TEXAS TX 750
24 APR 2026 PM 4

US POSTAGE PITNEY BOWES
ZIP 76196 $ 000.74
02 1W
0001399895 APR 24 2026

RECEIVED

APR 27 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

U.S. District Court
200 E Well St
Midland TX 79701

79701-521799

