IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

JOSHUA KNIGHT,
      *Plaintiff,*

v.                                                                                          MO:24-CV-00052-DC

JAMES SNOW, ROADSIDE
RESCUE; AND ROADSIDE
RESCUE, LLC,
      *Defendants.*

## OMNIBUS ORDER WITHDRAWING SHOW CAUSE ORDER, REJECTING AS MOOT REPORT AND RECOMMENDATION AND RELEVANT MOTIONS, AND GRANTING LEAVE TO AMEND COMPLAINT

Before the Court is the Report and Recommendation of United States Magistrate Judge Ronald C. Griffin (Doc. 65). The Report recommends denying Defendant's Motion to Dismiss and granting Defendant's Motion for a More Definite Statement (Docs. 54, 55). After the Report issued, Plaintiff filed an amended complaint (Doc. 77) that appears to cure the deficiencies identified in the Report.[1]

Although Plaintiff did not object to the Report, his amended complaint addresses the pleading deficiencies on which the Report's recommendation rested. The Report is therefore moot. Accordingly, the Court **REJECTS AS MOOT** the Report and Recommendation (Doc. 65). Defendant's Motion to Dismiss (Doc. 54) and Motion for a More Definite Statement (Doc. 55) are **DENIED AS MOOT**.

---

[1] Under the Local Rules, Plaintiff should have sought leave before filing his amended complaint. But because Plaintiff is proceeding *pro se*, the Court liberally construes the amended complaint as including a request for leave to amend. So construed, the request is granted.

It is further **ORDERED** that the Show Cause Order directed to the Sheriff's Office (Doc. 93) is **WITHDRAWN**.

It is further **ORDERED** that Plaintiff's amended complaint (Doc. 77) is the operative pleading.

It is so **ORDERED**.

SIGNED this 30th day of April, 2026.

DAVID  COUNTS
UNITED STATES DISTRICT JUDGE